IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| OTTMAR LEE KOEPP, MARY EVELYN | § | CASE NO: 98-30897 |
| KOEPP; aka MARY LYNN KOEPP | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 13 |

**ORDER SETTING HEARING**

A hearing will be conducted at **2:00 p.m. on February 22, 2007,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, 77002, to consider **Sallie Mae's Motion to Pay Unclaimed Funds (Doc. #46).** The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED 02/07/2007.

MARVIN ISGUR
United States Bankruptcy Judge